JOSEPH M. MELIA, Respondent, v CITY OF BUFFALO, Appellant. (Appeal No. 1.) [762 NYS2d 326] —Appeal from an order of Supreme Court, Erie County (Glownia, J.), entered March 4, 2002, which, inter alia, awarded plaintiff damages in the amount of $126,982.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously vacated without costs.

Same memorandum as in *Melia v City of Buffalo* (306 AD2d 935 [2003]). Present—Pigott, Jr., P.J., Pine, Hurlbutt, Burns and Lawton, JJ.